UNITED STATES BANKRUPTCY COURT
FOR THE North Carolina

| IN RE: | CASE NO: |
|---|---|
| ODOM, CINDY W. | 07-02066-5-SWH |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---:|
| NATIONAL CITY<br>PO BOX 500 K-A16-2J<br>PORTAGE, MI  49081 | 3,765.00 |
| **TOTAL** | **3,765.00** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    November 4, 2010

*s/s Holmes P. Harden*
Holmes P. Harden, Trustee
State Bar No. 9835
Post Office Box 1000
RALEIGH, NC  27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300