UNITED STATES BANKRUPTCY COURT
FOR THE North Carolina

| | |
|---|---|
| IN RE: | CASE NO: |
| ODOM, CINDY W. | 07-02066-5-SWH |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

   HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

   1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| Duke University Health System<br>4101 N. Roxboro Rd<br>Durham, NC  27704 | 277.23 |
| **TOTAL** | **277.23** |

   2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

   WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: December 9, 2010

     *s/s Holmes P. Harden*
     Holmes P. Harden, Trustee
     State Bar No. 9835
     Post Office Box 1000
     RALEIGH, NC  27602
     Telephone: (919) 981-4000
     Facsimile: (919) 981-4300